FILED

MAR 1 2 2007

ROBERT T. BRAITHWAITE
U.S. MAGISTRATE

FILED

MAR - 5 2007

ROBERT T. BRAITHWAITE
U.S. MAGISTRATE

*C V B*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| UNITED STATES OF AMERICA | ORDER OF RELEASE |
|---|---|
| Plaintiff(s), | |
| v. | #: _20141688/U48B_ |
| *Jake B. Lafevre* | |
| Defendant(s). | Robert T. Braithwaite |
| | United States Magistrate Judge |

IT IS ORDERED that the Defendant having appeared before the Court for hearing and the Court having made the determination that the defendant shall be released from custody. The defendant is hereby ORDERED RELEASED after processing.

Dated this __5__ day of __March__, 2007.

_____
Robert T. Braithwaite
U.S. Magistrate Judge